## TIMOTHY WHITFIELD *v.* COMMISSIONER OF CORRECTION

The petitioner Timothy Whitfield's petition for certification for appeal from the Appellate Court, 57 Conn. App. 905 (AC 19232), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Michael L. Regan*, senior assistant state's attorney, in opposition.

Decided June 29, 2000

## STATE OF CONNECTICUT *v.* JUAN R. TORRES

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 614 (AC 19820), is denied.

*Richard Hustad Miller*, special public defender, in support of the petition.

*John A. East III*, assistant state's attorney, in opposition.

Decided June 29, 2000

## TOWN OF NEW MILFORD *v.* WILFRED J. MEGIN II

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 903 (AC 19824), is denied.